# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA SMITH,<br>Plaintiff,<br>vs.<br>K.B.R., INC. d/b/a RASH CURTIS AND ASSOCIATES,<br>Defendant. | Case No.<br><br>2:22-cv-01457-JAM-DB<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is **DISMISSED** in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: October 05, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE